PID: 10394876

AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
2020 SEP 22 PM 3:55
U.S. MARSHALS SERVICE
WILMINGTON, DELAWARE

SEALED / UNSEALED 1/22/21 KJK

14

FILED
NOV 9 2020
U.S. DISTRICT COURT DISTRICT OF DELAWARE

# UNITED STATES DISTRICT COURT
for the
District of Delaware

United States of America
v.
JAMAR JACKSON

Defendant

Case No. 20-235M

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMAR JACKSON
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and possess with the intent to distribute heroin and fentanyl, in violation of 21 U.S.C. § 846

Date: 09/22/2020

*Issuing officer's signature*

City and state: Wilmington, Delaware

Jennifer L. Hall, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/22/20 KJK 11/9/20 and the person was arrested on *(date)* 9/25/20 KJK 11/9/20
at *(city and state)* Wilmington, DE

Date: 11/5/2020

*Arresting officer's signature*

Sean Reilly, DUSM on behalf of HSI
*Printed name and title*